| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MELLINGER SANDERS & KARTZMAN LLC<br>101 Gibraltar Drive, Ste. 2F<br>Morris Plains, New Jersey 07950<br>Tel: 973.267.0220<br>By:  Steven P. Kartzman, Esq.<br>Attorneys for Steven P. Kartzman,<br>as Chapter 7 Trustee<br><br>**In re:**<br><br>**MARTIN L. LANER, Debtor(s).** | Case No.:      19-14107 VFP<br><br>Chapter:        7<br><br>Adv. No.:       N/A<br><br>Hearing Date:  TBD<br><br>Judge:          Vincent F. Papalia |

CERTIFICATION OF SERVICE

1. I, *Denise Weiss*:

    ☐ represent _____ in this matter.

    [x] am the secretary/paralegal for *Mellinger, Sanders & Kartzman, LLC*, who represents *Steven P. Kartzman* in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On *May 8, 2019*, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    *Trustee's Objection to Property Claimed as Exempt [doc #8]; and proposed Order Fixing Debtor's Exemption Claims [doc #8-1]*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: *May 8, 2019*                             */s/ Denise Weiss*

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Office of the US Trustee<br>One Newark Center, Ste. 2100<br>Newark, New Jersey, 07102 | U.S. Trustee | ☐ Hand-delivered<br>X  Regular mail<br>☐ Certified mail/RR<br>X  Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Martin L. Laner<br>18 Quarterhorse Crossing<br>Sparta, NJ 07871 | Debtor(s) | ☐ Hand-delivered<br>X  Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stephen B. McNally<br>McNally & Busche, L.L.C.<br>93 Main Street<br>Suite 201<br>Newton, NJ 07860 | Attorney for Debtor(s) | ☐ Hand-delivered<br>X  Regular mail<br>☐ Certified mail/RR<br>X  Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of New York Mellon<br>c/o Rebecca Ann Solarz<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Notice of Appearance & Request for Notice filed 03/12/2019 | ☐ Hand-delivered<br>X  Regular mail<br>☐ Certified mail/RR<br>X  Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |