UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Case No.: 19-14107 VFP

MARTIN L. LANER, Debtor(s).  Chapter 7

Judge: Vincent F. Papalia

**NOTICE OF PROPOSED ABANDONMENT**

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on *June 11, 2019 at 10:00 a.m.* at the United States Bankruptcy Court, Courtroom no. 3B. *(Hearing date must be at least 28 days from the date of this notice).* If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description of property: 18 Quarterhorse Xing, Sparta, NJ

Value of property: $ 653,000 (CMA dated 02/20/2019)

Less about 10% costs of sale: $ 65,300

Liens on property: $ 595,185 (Statement dated 01/14/2019)

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name:   Steven P. Kartzman, Esq., Chapter 7 Trustee, c/o Mellinger, Sanders & Kartzman, LLC

Address:   101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone:   973.267.0220

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-14107-VFP
Martin L. Laner                                                           Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: May 10, 2019
                  Form ID: pdf905    Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2019.
```
db             +Martin L. Laner,    18 Quarterhorse Crossing,    Sparta, NJ 07871-3572
518054974      +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518054975      +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518054976      +Credit Control, LLC,    PO Box 31179,    Tampa, FL 33631-3179
518054977      +GM Financial,    75 Remittance Drive,    Suite 1738,    Chicago, IL 60675-1738
518054978      +Lafayette Village Associates, LLC,    398 Lincoln Blvd,    B-1,    Middlesex, NJ 08846-2372
518054982      +Visa Cardmember Services,    PO Box 790408,    Saint Louis, MO 63179-0408
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 11 2019 00:02:55     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 11 2019 00:02:50     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518054979       E-mail/Text: M74banko@daimler.com May 11 2019 00:04:09     Mercedes Benz Financial,
                 36455 Corporate Drive,    Farmington, MI 48331
518054980      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 10 2019 23:59:23
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
518054981      +E-mail/Text: jennifer.chacon@spservicing.com May 11 2019 00:04:12
                 Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 5
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2019 at the address(es) listed below:
```
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON rsolarz@kmllawgroup.com
              Stephen B. McNally    on behalf of Debtor Martin L. Laner steve@mcnallylawllc.com,
               jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman     kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```