# Mellinger, Sanders & Kartzman, LLC

ATTORNEYS AT LAW

101 GIBRALTAR DRIVE
SUITE 2F
MORRIS PLAINS, N.J. 07950

LOUIS P. MELLINGER
MICHAEL S. SANDERS
STEVEN P. KARTZMAN
JOSEPH R. ZAPATA, JR.
JUDAH B. LOEWENSTEIN
SEYMOUR RUDENSTEIN (1933-1983)
JACOB MELLINGER (1928-2001)

OF COUNSEL
WALTER G. LUGER
PETER ROSEN
ROBERT D. ROSEN
TERRI JANE FREEDMAN
JOSÉ R. TORRES

Tel: (973) 267-0220
Fax: (973) 267-3979

www.msklawyers.com

Electronic Mail:
skartzman@msklaw.net
jzapata@msklaw.net
jloewenstein@msklaw.net

Essex County Office
46 Essex Street
Millburn, N.J. 07041
(973) 218-0220

**PLEASE RESPOND TO:
MORRIS PLAINS**

May 13, 2019

To:   Parties on Attached Service List

Re:   **Martin L. Laner
      Chapter 7 Case No. 19-14107 VFP**

Enclosed is a copy of the Notice of Hearing regarding Trustee's Objection to Debtor's Claim of Exemptions. Please note that a hearing has been scheduled on this matter on **June 11, 2019 at 10:00 a.m.**, at the following locations:

United States Bankruptcy Court
Martin Luther King, Jr. Building
50 Walnut Street, 3rd Floor
Newark, NJ 07102

Very truly yours,

*Denise Weiss*

Denise Weiss, Administrative Asst. to
STEVEN P. KARTZMAN, Trustee

/dw
Encl.

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Office of the US Trustee<br>One Newark Center, Ste. 2100<br>Newark, New Jersey, 07102 | U.S. Trustee | ☐ Hand-delivered<br>X  Regular mail<br>☐ Certified mail/RR<br>X  Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Martin L. Laner<br>18 Quarterhorse Crossing<br>Sparta, NJ 07871 | Debtor(s) | ☐ Hand-delivered<br>X  Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stephen B. McNally<br>McNally & Busche, L.L.C.<br>93 Main Street<br>Suite 201<br>Newton, NJ 07860 | Attorney for Debtor(s) | ☐ Hand-delivered<br>X  Regular mail<br>☐ Certified mail/RR<br>X  Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Bank of New York Mellon<br>c/o Rebecca Ann Solarz<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Notice of Appearance & Request for Notice filed 03/12/2019 | ☐ Hand-delivered<br>X  Regular mail<br>☐ Certified mail/RR<br>X  Other ECF Upon Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19-14107-VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Martin L. Laner
18 Quarterhorse Crossing
Sparta, NJ 07871

Social Security No.:
xxx-xx-2086

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 6/11/19 at 10:00 AM

to consider and act upon the following:

8 – Objection to Debtor's Claim of Exemptions filed by Steven P. Kartzman. (Attachments: # 1 Proposed Order) (Kartzman, Steven)


Dated: 5/13/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0312−2 | User: admin | Date Created: 5/13/2019 |
| Case: 19−14107−VFP | Form ID: ntchrgbk | Total: 3 |

**Recipients of Notice of Electronic Filing:**
tr    Steven P. Kartzman    kartztee@optonline.net
aty    Stephen B. McNally    steve@mcnallylawllc.com
aty    Steven P. Kartzman    kartztee@optonline.net

TOTAL: 3