**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
By: Steven P. Kartzman, Esq.
*Attorneys for Trustee, Steven P. Kartzman*

Order Filed on May 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

In re:

**MARTIN L. LANER,**

Debtor.

Case No. 19-14107 VFP

Chapter 7

Hearing Date: June 11, 2019 @ 10:00 a.m.

Honorable Vincent F. Papalia

## CONSENT ORDER FIXING DEBTOR'S EXEMPTION CLAIM

The relief set forth on the following pages, number two (2) through three (3), is hereby **ORDERED**.

**DATED: May 21, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtors:   Martin L. Laner
Case No.:  19-14107 VFP
Caption:   Consent Order Fixing Debtor's Exemption Claims

---

This matter having come before the Court on the objection of Mellinger, Sanders & Kartzman, LLC, attorneys for Trustee, Steven P. Kartzman, and notice having been given to the Debtor, and Debtor having filed an Amended Schedule C at Doc#10 ("Amended C"), and the parties having agreed to resolve their differences, on the terms set forth herein, as evidenced by the consent of counsel affixed hereto, and good cause having been shown, it is hereby

ORDERED as follows:

1. As to the Trustee's objection to Debtor's claim of exemptions under 11 U.S.C. §522(d)(3), identified in Debtor's Amended C as "All Furniture" valued at $10,000, to the extent any one item of personal property included thereunder has a value exceeding $600, the portion over $600 shall not be exempt under 11 U.S.C. Section § 522(d)(3).

2. As to the Trustee's objection to Debtor's claim of exemptions under 11 U.S.C. §522(d)(2) and (d)(5), Trustee's objections are resolved by the Debtor's Amended C and, therefore, those portions of the objection are withdrawn.

3. A true copy of this Order shall be served upon the interested parties within 7 days of the date hereof.

The undersigned hereby consent to the form and entry of the within Order:

Mellinger Sanders & Kartzman, LLC        McNally & Busche, LLC
Attorneys for Trustee                    Attorney for Debtor

By:  /s/ Steven P. Kartzman              By:  /s/ Stephen B. McNally
     Steven P. Kartzman, Esq.                 Stephen B. McNally

Dated:  May 21, 2019                     Dated:  May 21, 2019