**MELLINGER, SANDERS & KARTZMAN, LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
Tel. (973) 267-0220
By: Steven P. Kartzman, Esq.
*Attorneys for Trustee, Steven P. Kartzman*

**Order Filed on May 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re:<br><br>**MARTIN L. LANER,**<br><br>              Debtor. | **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY**<br><br>Case No. 19-14107 VFP<br><br>Chapter 7<br><br>Hearing Date:  June 11, 2019 @ 10:00 a.m.<br><br>Honorable Vincent F. Papalia |

**CONSENT ORDER FIXING DEBTOR'S EXEMPTION CLAIM**

The relief set forth on the following pages, number two (2) through three (3), is hereby

**ORDERED**.

**DATED: May 21, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2 of 2
Debtors:      Martin L. Laner
Case No.:     19-14107 VFP
Caption:      Consent Order Fixing Debtor's Exemption Claims

This matter having come before the Court on the objection of Mellinger, Sanders & Kartzman, LLC, attorneys for Trustee, Steven P. Kartzman, and notice having been given to the Debtor, and Debtor having filed an Amended Schedule C at Doc#10 ("Amended C"), and the parties having agreed to resolve their differences, on the terms set forth herein, as evidenced by the consent of counsel affixed hereto, and good cause having been shown, it is hereby

ORDERED as follows:

1.      As to the Trustee's objection to Debtor's claim of exemptions under 11 U.S.C. §522(d)(3), identified in Debtor's Amended C as "All Furniture" valued at $10,000, to the extent any one item of personal property included thereunder has a value exceeding $600, the portion over $600 shall not be exempt under 11 U.S.C. Section § 522(d)(3).

2.      As to the Trustee's objection to Debtor's claim of exemptions under 11 U.S.C. §522(d)(2) and (d)(5), Trustee's objections are resolved by the Debtor's Amended C and, therefore, those portions of the objection are withdrawn.

3.      A true copy of this Order shall be served upon the interested parties within 7 days of the date hereof.

The undersigned hereby consent to the form and entry of the within Order:

Mellinger Sanders & Kartzman, LLC           McNally & Busche, LLC
Attorneys for Trustee                       Attorney for Debtor

By:   /s/ Steven P. Kartzman                By:   /s/ Stephen B. McNally
      Steven P. Kartzman, Esq.                    Stephen B. McNally

      Dated:  May 21, 2019                        Dated:  May 21, 2019

United States Bankruptcy Court
District of New Jersey

In re:
Martin L. Laner
      Debtor

Case No. 19-14107-VFP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: May 21, 2019
                 Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2019.
db             +Martin L. Laner,     18 Quarterhorse Crossing,     Sparta, NJ 07871-3572

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2019 at the address(es) listed below:
         Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON rsolarz@kmllawgroup.com
         Stephen B. McNally    on behalf of Debtor Martin L. Laner steve@mcnallylawllc.com,
          jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
         Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
          jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
         Steven P. Kartzman    kartztee@optonline.net,
          jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                       TOTAL: 5