UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mellinger, Sanders & Kartzman, LLC
101 Gibraltar Drive, Suite 2F
Morris Plains, NJ 07950
Attorneys for Trustee
Steven P. Kartzman, Esq.

Order Filed on May 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MARTIN L. LANER,
                              Debtor.

Case No.: _____19-14107 VFP_____

Chapter: _____7_____

Judge: _____Vincent F. Papalia_____

## ORDER AUTHORIZING RETENTION OF

_____ATTORNEY_____

The relief set forth on the following page is **ORDERED**.

**DATED: May 23, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain __Mellinger, Sanders & Kartzman, LLC__

as _____Attorney_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:   101 Gibraltar Drive, Suite 2F

     Morris Plains, NJ 07950

     _____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

     ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

     ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Martin L. Laner  
      Debtor

Case No. 19-14107-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 23, 2019  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2019.  
db          +Martin L. Laner,    18 Quarterhorse Crossing,    Sparta, NJ 07871-3572

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2019 at the address(es) listed below:  
          Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON rsolarz@kmllawgroup.com  
          Stephen B. McNally    on behalf of Debtor Martin L. Laner steve@mcnallylawllc.com,  
           jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com  
          Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,  
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net  
          Steven P. Kartzman     kartztee@optonline.net,  
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net  
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                       TOTAL: 5