*Mellinger, Sanders & Kartzman, LLC*

ATTORNEYS AT LAW

101 GIBRALTAR DRIVE
SUITE 2F
MORRIS PLAINS, N.J. 07950

(973) 267-0220

FAX (973) 267-3979

LOUIS P. MELLINGER
MICHAEL S. SANDERS
STEVEN P. KARTZMAN
JOSEPH R. ZAPATA, JR.
JUDAH B. LOEWENSTEIN
SEYMOUR RUDENSTEIN (1933-1983)
JACOB MELLINGER (1928-2001)

OF COUNSEL
WALTER G. LUGER
PETER ROSEN
ROBERT D. ROSEN
TERRI JANE FREEDMAN
JOSÉ R. TORRES

www.msklawyers.com

E-MAIL   SKARTZMAN@MSKLAW.NET
         JZAPATA@MSKLAW.NET
         JLOEWENSTEIN@MSKLAW.NET

Essex County Office
46 Essex Street
Millburn, N.J. 07041
(973) 218-0220

**PLEASE RESPOND TO:**
 **MORRIS PLAINS**

July 17, 2019

**Delivery via ECF Filing Only**

Clerk of the Court
United States Bankruptcy Court
P.O. Box 1352
Newark, NJ 07101-1352

**Re.:**   **Martin L. Lanier**
       **Chapter 7 Case No. 19-14107**

Dear Clerk:

Please allow this to respond to your Memorandum dated July 10, 2019 filed in the above-referenced matter. I am presently investigating the Estate's potential interest in business related assets. Accordingly, I am not yet in a position to conclude the case.

Very truly yours,

*Steven P. Kartzman*

STEVEN P. KARTZMAN

SPK/dw