Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 19–14107–VFP
> Chapter: 7
> Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Martin L. Laner
  18 Quarterhorse Crossing
  Sparta, NJ 07871

Social Security No.:
  xxx–xx–2086

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:             October 22, 2019
Time:             10:00 AM
Location:         Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*30* – Objection to Debtor's Claim of Exemptions filed by Steven P. Kartzman. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Kartzman, Steven)

and transact such other business as may properly come before the meeting.


Dated: October 4, 2019
JAN: mcp

                                            Jeanne Naughton
                                            Clerk