UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 19-14107 (VFP) |
| MARTIN L. LANER | Chapter: 7 |
| | Judge: Vincent F. Papalia |

**NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY**

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Jeanne A. Naughton, Clerk
Martin Luther King Jr. Federal Building
50 Walnut Street, P.O. Box 1352
Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on January 28, 2020 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. 3B, Martin Luther King Jr. Federal Building, 50 Walnut Street, Newark, New Jersey (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action: Based upon the Debtor's testimony and documentation provided by the Debtor, the Trustee identified non-exempt equity in the Debtor's assets. Following an objection to the Debtor's amended Schedules A, B, and C, the Trustee and the Debtor's attorney were able to negotiate a compromised amount to be paid to the Estate.

Pertinent terms of settlement: The Debtor shall pay to the Trustee the funds received from Panurgy, LLC, in the sum of $6,100 (the "Panurgy Payment"). Additionally, the Debtor shall pay the sum of $7,360.00 to the Trustee, by way of an initial payment of $817.77 paid by January 2, 2020, $817.77 per month beginning with February 1, 2020 on the first of each month for a total of seven (7) months, and a final payment of $817,84 paid by September 1, 2020. Lastly, the Debtor shall turnover to the Trustee all of the former inventory of Carey Lane Accents, within ten (10) days of a demand thereof, absent the Trustee's abandonment of said inventory. The Trustee believes that the settlement is in the best interests of the estate as it maximizes value and will avoid unnecessary litigation, the cost of which would necessarily diminish any additional recovery.

Objections must be served on, and requests for additional information directed to:

Name: /s/ Steven P. Kartzman, Esq., Mellinger, Sanders & Kartzman, LLC

Address: 101 Gibraltar Drive, Suite 2F, Morris Plains, New Jersey 07950

Telephone No.: (973) 267-0220

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                         Case No. 19-14107-VFP
Martin L. Laner                                                Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 1             Date Rcvd: Dec 26, 2019
                              Form ID: pdf905          Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2019.
db             +Martin L. Laner,    18 Quarterhorse Crossing,     Sparta, NJ 07871-3572
aty            +Mellinger Sanders & Kartzman,     101 Gibraltar Drive,    Suite 2F,    Morris Plains, NJ 07950-1287
518515210       American Express National Bank,     c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
518054974      +Amex,   Correspondence/Bankruptcy,     Po Box 981540,    El Paso, TX 79998-1540
518054975      +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518576190      +Citibank, N.A.,    Portfolio Recovery Associates, LLC,     PO Box 41067,    Norfolk, VA 23541-1067
518054976      +Credit Control, LLC,    PO Box 31179,    Tampa, FL 33631-3179
518054977      +GM Financial,    75 Remittance Drive,    Suite 1738,    Chicago, IL 60675-1738
518054978      +Lafayette Village Associates, LLC,     398 Lincoln Blvd,    B-1,   Middlesex, NJ 08846-2372
518466406       U.S. Bank NA dba Elan Financial Services,     Bankruptcy Department,    PO Box 108,
                 St. Louis MO 63166-0108
518054982      +Visa Cardmember Services,    PO Box 790408,    Saint Louis, MO 63179-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 26 2019 23:38:25      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 26 2019 23:38:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518054979       E-mail/Text: M74banko@daimler.com Dec 26 2019 23:39:33      Mercedes Benz Financial,
                 36455 Corporate Drive,    Farmington, MI 48331
518573639       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 26 2019 23:42:46
                 Portfolio Recovery Associates, LLC,    c/o Best Buy,    POB 41067,   Norfolk VA 23541
518054980      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 27 2019 00:08:13
                 Portfolio Recovery,    Po Box 41021,   Norfolk, VA 23541-1021
518054981      +E-mail/Text: jennifer.chacon@spservicing.com Dec 26 2019 23:39:37
                 Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 28, 2019                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2019 at the address(es) listed below:
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON rsolarz@kmllawgroup.com
              Stephen B. McNally    on behalf of Debtor Martin L. Laner steve@mcnallylawllc.com,
               jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              Steven P. Kartzman    on behalf of Debtor Martin L. Laner kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```