Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−14107−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Martin L. Laner
   18 Quarterhorse Crossing
   Sparta, NJ 07871

Social Security No.:
   xxx−xx−2086

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on December 30, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 42 − 37
Order Granting Application to Employ A. Atkins Appraisal as appraisal (Related Doc # 37). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/30/2019. (jf)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 30, 2019
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Martin L. Laner  
    Debtor

Case No. 19-14107-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 30, 2019  
                 Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2020.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
app         +E-mail/Text: atkinsappraisal@aol.com Dec 30 2019 23:26:37      Alan Atkins,  
        A. Atkins Appraisal Corporation,    122 Clinton Road,    Fairfield, NJ 07004-2900  
                                                                                                                                         TOTAL: 1

***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2019 at the address(es) listed below:  
        Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON rsolarz@kmllawgroup.com  
        Stephen B. McNally    on behalf of Debtor Martin L. Laner steve@mcnallylawllc.com,  
      jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com  
        Steven P. Kartzman    on behalf of Debtor Martin L. Laner kartztee@optonline.net,  
      jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net  
        Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,  
      jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net  
        Steven P. Kartzman     kartztee@optonline.net,  
      jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                 TOTAL: 6