UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                            Case No.: 19-14107 VFP

MARTIN L. LANER, Debtor(s).                       Chapter 7

                                                  Judge: Vincent F. Papalia

### NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court  50 Walnut Street  Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on *March 17, 2020 at 10:00 a.m.* at the United States Bankruptcy Court, Courtroom no. 3B. *(Hearing date must be at least 28 days from the date of this notice).* If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

---

Description of property:

100% interest in Carey Lane Accents, LLC

The assets include numerous gift and decorative items. Current market value: $2,500 based upon the Trustee's independent appraisal.

The costs associated with moving, merchandising, advertising and selling the inventory would exceed the value, thus there is no value for the benefit of the Estate.

---

Liens on property: $0

---

Amount of equity claimed as exempt: $0

---

Objections must be served on, and requests for additional information directed to:

Name:      Steven P. Kartzman, Esq., Chapter 7 Trustee, c/o Mellinger Kartzman LLC

Address:   101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone: 973.267.0220