UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Case No.: 19-14107 VFP

MARTIN L. LANER, Debtor(s).  Chapter 7

Judge: Vincent F. Papalia

**NOTICE OF PROPOSED ABANDONMENT**

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on *March 17, 2020 at 10:00 a.m.* at the United States Bankruptcy Court, Courtroom no. 3B. *(Hearing date must be at least 28 days from the date of this notice).* If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description of property:

100% interest in Carey Lane Accents, LLC

The assets include numerous gift and decorative items. Current market value: $2,500 based upon the Trustee's independent appraisal.

The costs associated with moving, merchandising, advertising and selling the inventory would exceed the value, thus there is no value for the benefit of the Estate.

Liens on property: $0

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: Steven P. Kartzman, Esq., Chapter 7 Trustee, c/o Mellinger Kartzman LLC

Address: 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone: 973.267.0220

United States Bankruptcy Court
District of New Jersey

In re:  
Martin L. Laner  
    Debtor

Case No. 19-14107-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 11, 2020  
                    Form ID: pdf905     Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2020.

```
db            +Martin L. Laner,   18 Quarterhorse Crossing,   Sparta, NJ 07871-3572
aty           +Mellinger Sanders & Kartzman,   101 Gibraltar Drive,   Suite 2F,   Morris Plains, NJ 07950-1287
518515210      American Express National Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                Malvern  PA 19355-0701
518054974     +Amex,   Correspondence/Bankruptcy,   Po Box 981540,   El Paso, TX 79998-1540
518054975     +Bank Of America,   4909 Savarese Circle,   Fl1-908-01-50,   Tampa, FL 33634-2413
518576190     +Citibank, N.A.,   Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541-1067
518054976     +Credit Control, LLC,   PO Box 31179,   Tampa, FL 33631-3179
518054977     +GM Financial,   75 Remittance Drive,   Suite 1738,   Chicago, IL 60675-1738
518054978    #+Lafayette Village Associates, LLC,   398 Lincoln Blvd,   B-1,   Middlesex, NJ 08846-2372
518466406      U.S. Bank NA dba Elan Financial Services,   Bankruptcy Department,   PO Box 108,
                St. Louis MO 63166-0108
518054982     +Visa Cardmember Services,   PO Box 790408,   Saint Louis, MO 63179-0408
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 11 2020 23:37:40     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 11 2020 23:37:39     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
app           +E-mail/Text: atkinsappraisal@aol.com Feb 11 2020 23:37:21     Alan Atkins,
                A. Atkins Appraisal Corporation,   122 Clinton Road,   Fairfield, NJ 07004-2900
518054979      E-mail/Text: M74banko@daimler.com Feb 11 2020 23:38:27     Mercedes Benz Financial,
                36455 Corporate Drive,   Farmington, MI 48331
518573639      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 11 2020 23:51:06
                Portfolio Recovery Associates, LLC,   c/o Best Buy,   POB 41067,   Norfolk VA 23541
518054980     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 11 2020 23:38:57
                Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
518054981     +E-mail/Text: jennifer.chacon@spservicing.com Feb 11 2020 23:38:31
                Select Portfolio Servicing,   PO Box 65250,   Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 7
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2020 at the address(es) listed below:

```
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON rsolarz@kmllawgroup.com
              Stephen B. McNally    on behalf of Debtor Martin L. Laner steve@mcnallylawllc.com,
               jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              Steven P. Kartzman    on behalf of Debtor Martin L. Laner kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```