UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                      Case No.: 19-14107 VFP

MARTIN L. LANER, Debtor(s).                                 Chapter 7

                                                            Judge: Vincent F. Papalia

## NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court
50 Walnut Street
Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on *December 15, 2020 at 10:00 a.m.* at the United States Bankruptcy Court, Courtroom no. 3B. *(Hearing date must be at least 28 days from the date of this notice).* If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description of property: All assets listed on the Debtor's petition and schedules at Docket Numbers 1, 10 and 27.

On January 3, 2020, the Court entered a consent order between the Trustee and the Debtor providing for the Debtor to pay the Estate $13,460 for an abandonment of the Estate's interest.

The Trustee has received full payment of the sum of $13,460.

Liens on property: As scheduled by the Debtor.

Amount of equity claimed as exempt: As claimed by the Debtor.

Objections must be served on, and requests for additional information directed to:

Name:       Steven P. Kartzman, Esq., Chapter 7 Trustee, c/o Mellinger Kartzman LLC

Address:    101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone:  973.267.0220