UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                    Case No.: 19-14107 VFP

MARTIN L. LANER, Debtor(s).                               Chapter 7

                                                          Judge: Vincent F. Papalia

**NOTICE OF PROPOSED ABANDONMENT**

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court
50 Walnut Street
Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on *December 15, 2020 at 10:00 a.m.* at the United States Bankruptcy Court, Courtroom no. 3B. *(Hearing date must be at least 28 days from the date of this notice).* If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description of property: All assets listed on the Debtor's petition and schedules at Docket Numbers 1, 10 and 27.
>
> On January 3, 2020, the Court entered a consent order between the Trustee and the Debtor providing for the Debtor to pay the Estate $13,460 for an abandonment of the Estate's interest.
>
> The Trustee has received full payment of the sum of $13,460.

> Liens on property: As scheduled by the Debtor.

> Amount of equity claimed as exempt: As claimed by the Debtor.

Objections must be served on, and requests for additional information directed to:

Name:         Steven P. Kartzman, Esq., Chapter 7 Trustee, c/o Mellinger Kartzman LLC

Address:      101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone:    973.267.0220

United States Bankruptcy Court

District of New Jersey

In re:  
Martin L. Laner  
    Debtor(s)

Case No. 19-14107-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Nov 12, 2020      Form ID: pdf905      Total Noticed: 19

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Martin L. Laner, 18 Quarterhorse Crossing, Sparta, NJ 07871-3572 |
| aty | + | Mellinger Sanders & Kartzman, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| cr | + | Township of Sparta, c/o Angelo J. Bolcato, Esq., Laddey, Clark & Ryan, LLP, 60 Blue Heron Road, Suite300 Sparta, NJ 07871-2608 |
| 518515210 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518054974 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518054975 | + | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518576190 | + | Citibank, N.A., Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 518054976 | + | Credit Control, LLC, PO Box 31179, Tampa, FL 33631-3179 |
| 518054977 | + | GM Financial, 75 Remittance Drive, Suite 1738, Chicago, IL 60675-1738 |
| 518054978 | #+ | Lafayette Village Associates, LLC, 398 Lincoln Blvd, B-1, Middlesex, NJ 08846-2372 |
| 518466406 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 518054982 | + | Visa Cardmember Services, PO Box 790408, Saint Louis, MO 63179-0408 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 12 2020 23:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 12 2020 23:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Nov 12 2020 23:44:00 | Alan Atkins, A. Atkins Appraisal Corporation, 122 Clinton Road, Fairfield, NJ 07004-2900 |
| 518054979 | | Email/Text: M74banko@daimler.com | Nov 12 2020 23:47:00 | Mercedes Benz Financial, 36455 Corporate Drive, Farmington, MI 48331 |
| 518573639 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2020 00:12:02 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 518054980 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 13 2020 00:10:23 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 518054981 | + | Email/Text: jennifer.chacon@spservicing.com | Nov 12 2020 23:47:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

Case 19-14107-VFP    Doc 53    Filed 11/14/20    Entered 11/15/20 00:20:46    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 12, 2020 | Form ID: pdf905 | Total Noticed: 19 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2020            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angelo J. Bolcato | on behalf of Creditor Township of Sparta lcr@lcrlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor THE BANK OF NEW YORK MELLON rsolarz@kmllawgroup.com |
| Stephen B. McNally | on behalf of Debtor Martin L. Laner steve@mcnallylawllc.com jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com |
| Steven P. Kartzman | on behalf of Debtor Martin L. Laner kartztee@optonline.net jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net |
| Steven P. Kartzman | on behalf of Trustee Steven P. Kartzman kartztee@optonline.net jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net |
| Steven P. Kartzman | kartztee@optonline.net jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net;denisew@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;dkhan@msklaw.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7