| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>MELLINGER KARTZMAN LLC<br>101 Gibraltar Drive, Ste. 2F<br>Morris Plains, New Jersey 07950<br>Tel: 973.267.0220<br>By:  Steven P. Kartzman, Esq.<br>Attorneys for Steven P. Kartzman,<br>as Chapter 7 Trustee | Case No.:   19-14107-VFP<br><br>Chapter:   7 |
| **In re:**<br><br>**MARTIN L. LANER,**<br><br>**Debtor.** | Adv. No.:   N/A<br><br>Hearing Date:   07/27/2021 @ 2:00 pm<br><br>Judge:   Vincent F. Papalia |

## CERTIFICATION OF SERVICE

1. I, ***Donna Zvolensky***:

    ☐    represent _____ in this matter.

    [x]   am the secretary/paralegal for ***Mellinger Kartzman LLC***, who represents ***Steven P. Kartzman, Chapter 7 Trustee*** in this matter.

    ☐ am the _____ in this case and am representing myself.

2. on ***June 29, 2021*** I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    *Petition for Compensation to Attorneys for Trustee for the Period of  May 7, 2019 through May 29, 2021, Exhibit A, B and C to Petition; and Order Granting Allowances.*

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   ***June 29, 2021***                                          */s/ Donna Zvolensky*

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Office of the US Trustee<br>One Newark Center, Ste. 2100<br>Newark, New Jersey, 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>**x** Other **ECF Upon Filing** (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Stephen B. McNally<br>McNally & Busche, L.L.C.<br>93 Main Street<br>Suite 201<br>Newton, NJ 07860 | Attorney for Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>X Other **ECF Upon Filing** (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Rebecca A. Solarz, Esquire<br>Brian C. Nicholas, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108 | Notice of Appearance filed 03/12/2019 | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>X Other **ECF Upon Filing** (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Angelo Bolcato, Esq.<br>Laddey Clark & Clark<br>60 Blue Heron Road<br>Suite 300<br>Sparta, New Jersey  07871 | Notice of Appearance filed 07/21/2020 | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RRR<br>X Other **ECF Upon Filing** (As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>St. Louis MO 63166-0108 | Secured Creditor | ☐ Hand-delivered<br>**X** Regular mail<br>☐ Certified mail/RRR<br>☐Other **ECF Upon Filing** (As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Secured Creditor | ☐ Hand-delivered<br>**X**  Regular mail<br>☐ Certified mail/RRR<br>☐Other **ECF Upon Filing** (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Portfolio Recovery Associates, LLC<br>c/o Best Buy<br>PO Box 41067<br>Norfolk VA 23541 | Secured Creditor | ☐ Hand-delivered<br>**X**  Regular mail<br>☐ Certified mail/RRR<br>☐Other **ECF Upon Filing** (As authorized by the Court or by rule. Cite the rule if applicable.) |