| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J.LBR 9004-2(c)<br><br>**A. ATKINS APPRAISAL CORPORATION**<br>122 Clinton Road,<br>Fairfield, New Jersey  07004<br>(973) 227-1900 |  |

| | |
|---|---|
| In Re:<br><br>MARTIN L. LANER<br><br><br><br>Debtor. | Case No.: 19-14107<br><br>Judge VFP<br><br>Chapter: 7 |

## PETITION FOR ALLOWANCE TO APPRAISER

The petition of A. Atkins Appraisal Corporation respectfully represents:

1. That your petitioner was the person employed by Order of the Court dated December 30, 2019 to appraise certain assets of the above debtor.

2. That the following is a breakdown of services rendered:

| | | | |
|---|---|---|---|
| 01/09/2020 | Inventory and Appraise Inventory of Carey Lane Accents<br>Located at 18 Quarterhorse Xing, Sparta, NJ | | |
| | • Alan Atkins 2 hrs. @ $ 250.00/hr.............................$ | 500.00 | |
| | • Travel 1.5 hrs. @ $125.00/hr..................................... | 187.50 | |

This includes reviewing summary of inventory list supplied and matching list with inventory viewed, photographed inventory for further review.

Your petitioner **has not filed** a written appraisal with the Clerk of the Bankruptcy Court or the United States Trustee.

**WHEREFORE**, your petitioner requests as compensation for services rendered a fee in the amount of………………………..………………………………….....$ 687.50
=======

_____
ALAN ATKINS, For the Firm

Sworn and subscribed to:
before me this 9th day:

of July, 2021:
_____
Soonwon Gwon
A Notary Public of New Jersey
My Commission Expires Feb. 2, 2022

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Mellinger, Sanders & Kartzman, LLC
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
(973) 267-0220
Attorneys for Trustee

Order Filed on December 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MARTIN L. LANER,

Case No.: 19-14107 VFP

Chapter: 7

Judge: Vincent F. Papalia

## ORDER AUTHORIZING RETENTION OF APPRAISER

The relief set forth on the following page is **ORDERED**.

DATED: December 30, 2019

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

# A. ATKINS APPRAISAL CORP.
### 122 Clinton Road
### Fairfield, New Jersey  07004

ALAN ATKINS
e-mail: atkinsappraisal@aol.com

Tel. 973) 227-1900
Fax 973) 227-5502

July 9, 2021

Hon. Vincent F. Papalia
US Bankruptcy Court
P.O. Box 1352
50 Walnut Street
Newark, NJ  07102

**Re: Martin L. Laner**
     **Case No.  19-14107/VFP**

Dear Judge Papalia:

Enclosed herewith is an original of the Order to Pay and Petition for Allowance to Appraiser and a copy of the signed Order Approving the Employment of Appraiser in the above matter.

Very truly yours,
A. ATKINS APPRAISAL CORPORATION

ALAN ATKINS
For the Firm

AA:sg
encs.
cc: Steven P. Kartzman, Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J.LBR 9004-2(c)

**A. ATKINS APPRAISAL CORPORATION**
122 Clinton Road,
Fairfield, New Jersey  07004
(973) 227-1900

In Re:

MARTIN L. LANER

Debtor.

Case No.: 19-14107

Judge: VFP

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

(Page 2)

Debtor:             MARTIN L. LANER

Case No.:           19-14107/VFP

Caption of Order:   Order Granting Allowances

---

The Court finds that the persons named below filed applications for allowances: notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| A. Atkins Appraisal Corp. | $ 687.50 | |

A. Atkins Appraisal Corp.
122 Clinton Road
Fairfield, NJ 07004

Hon. Vincent F. Papalia
U.S. Bankruptcy Court
P.O. Box 1352
50 Walnut Street
Newark, NJ 07102

07102-355099

