UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J.LBR 9004-2(c)

**A. ATKINS APPRAISAL CORPORATION**
122 Clinton Road,
Fairfield, New Jersey 07004
(973) 227-1900

Order Filed on July 22, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MARTIN L. LANER

Debtor.

Case No.: 19-14107

Judge: VFP

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: July 22, 2021**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

(Page 2)

Debtor:             MARTIN L. LANER

Case No.:           19-14107/VFP

Caption of Order:   Order Granting Allowances

---

The Court finds that the persons named below filed applications for allowances: notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| A. Atkins Appraisal Corp. | $ 687.50 | |