| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J.LBR 9004-2(c) |
| **A. ATKINS APPRAISAL CORPORATION** 122 Clinton Road, Fairfield, New Jersey 07004 (973) 227-1900 |

Order Filed on July 22, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In Re: <br><br> MARTIN L. LANER <br><br><br> Debtor. | Case No.: 19-14107 <br><br> Judge: VFP <br><br> Chapter: 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: July 22, 2021**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

(Page 2)

Debtor: MARTIN L. LANER

Case No.: 19-14107/VFP

Caption of Order: Order Granting Allowances

---

The Court finds that the persons named below filed applications for allowances: notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| A. Atkins Appraisal Corp. | $ 687.50 | |

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                           Case No. 19-14107-VFP

Martin L. Laner                                                                                          Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 22, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Martin L. Laner, 18 Quarterhorse Crossing, Sparta, NJ 07871-3572 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2021                                          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angelo J. Bolcato | on behalf of Creditor Township of Sparta lcr@lcrlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor THE BANK OF NEW YORK MELLON rsolarz@kmllawgroup.com |
| Stephen B. McNally | on behalf of Debtor Martin L. Laner steve@mcnallylawllc.com<br>jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com |
| Steven P. Kartzman | on behalf of Attorney Mellinger Kartzman LLC kartztee@optonline.net<br>nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | on behalf of Debtor Martin L. Laner kartztee@optonline.net<br>nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msk |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 22, 2021 | Form ID: pdf903 | Total Noticed: 1 |

|  |  |
|---|---|
|  | law.net |
| Steven P. Kartzman | on behalf of Trustee Steven P. Kartzman kartztee@optonline.net<br>nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| Steven P. Kartzman | kartztee@optonline.net<br>nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8