UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
(973) 267-0220
By:  Steven P. Kartzman, Esq.
skartzman@msklaw.net
Attorneys for Chapter 7
Trustee, Steven P. Kartzman

In Re:

**MARTIN L. LANER**

                 **Debtor.**

Order Filed on July 27, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 19-14107-VFP

Chapter 7

Hearing Date:  July 27, 2021 @ 2:00 pm

Judge: Honorable Vincent F. Papalia

## ORDER GRANTING ALLOWANCES ON
## PETITION FOR  COMPENSATION TO ATTORNEY FOR CHAPTER 7 TRUSTEE

   The relief set forth on the following pages, number two (2)  is hereby **ORDERED**.

**DATED: July 27, 2021**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

(Page 2)

Debtor:            Martin L. Laner

Case No.:          19-14107-VFP

Caption of Order:  Order Granting Allowances

_____

The Court finds that the persons named below filed applications for allowances; notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good shown,

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSIONS/FEES | EXPENSES |
|---|---|---|
| Mellinger Kartzman LLC | $6,352.50 | $0 |