Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−14107−VFP
Chapter: 7
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Martin L. Laner
   18 Quarterhorse Crossing
   Sparta, NJ 07871

Social Security No.:
   xxx−xx−2086

Employer's Tax I.D. No.:

### NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

   THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

   NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Vincent F. Papalia on:

DATE:          October 5, 2021
TIME:          02:00 PM
LOCATION:      Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:          $13,460.00
TOTAL DISBURSEMENTS:     $314.14
BALANCE ON HAND:         $13,145.86

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Steven P. Kartzman, Chapter 7 Trustee's

COMMISSION OR FEES
$2,096.00.

EXPENSES
$0.00

The trustee's application to abandon the following property will be heard and acted upon:

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: August 31, 2021
JAN: dlr

                                                      Jeanne Naughton
                                                      Clerk

Case 19-14107-VFP    Doc 65    Filed 09/02/21    Entered 09/03/21 00:13:12    Desc Imaged
Certificate of Notice    Page 2 of 4

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 19-14107-VFP
Martin L. Laner                                                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                     User: admin                                Page 1 of 2
Date Rcvd: Aug 31, 2021                  Form ID: 192                               Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Martin L. Laner, 18 Quarterhorse Crossing, Sparta, NJ 07871-3572 |
| aty | + | Mellinger Kartzman LLC, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| aty | + | Mellinger Sanders & Kartzman, 101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950-1287 |
| cr | + | Township of Sparta, c/o Angelo J. Bolcato, Esq., Laddey, Clark & Ryan, LLP, 60 Blue Heron Road, Suite300 Sparta, NJ 07871-2608 |
| 518515210 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518054974 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518054975 | + | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518576190 | + | Citibank, N.A., Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 518054976 | + | Credit Control, LLC, PO Box 31179, Tampa, FL 33631-3179 |
| 518054977 | + | GM Financial, 75 Remittance Drive, Suite 1738, Chicago, IL 60675-1738 |
| 518054980 | + | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 518054981 | + | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 31 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 31 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + | Email/Text: atkinsappraisal@aol.com | Aug 31 2021 20:21:00 | Alan Atkins, A. Atkins Appraisal Corporation, 122 Clinton Road, Fairfield, NJ 07004-2900 |
| 518054979 | | Email/Text: M74banko@daimler.com | Aug 31 2021 20:21:00 | Mercedes Benz Financial, 36455 Corporate Drive, Farmington, MI 48331 |
| 518573639 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 31 2021 20:24:49 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 518466406 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 31 2021 20:21:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 518054982 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 31 2021 20:21:00 | Visa Cardmember Services, PO Box 790408, Saint Louis, MO 63179-0408 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID      Bypass Reason    Name and Address**

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 31, 2021 | Form ID: 192 | Total Noticed: 19 |

518054978      ##+      Lafayette Village Associates, LLC, 398 Lincoln Blvd, B-1, Middlesex, NJ 08846-2372

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2021         Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2021 at the address(es) listed below:**

**Name**          **Email Address**

Angelo J. Bolcato
                  on behalf of Creditor Township of Sparta lcr@lcrlaw.com

Rebecca Ann Solarz
                  on behalf of Creditor THE BANK OF NEW YORK MELLON rsolarz@kmllawgroup.com

Stephen B. McNally
                  on behalf of Debtor Martin L. Laner steve@mcnallylawllc.com
                  jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com

Steven P. Kartzman
                  on behalf of Attorney Mellinger Kartzman LLC kartztee@optonline.net
                  nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
                  on behalf of Debtor Martin L. Laner kartztee@optonline.net
                  nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
                  on behalf of Trustee Steven P. Kartzman kartztee@optonline.net
                  nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

Steven P. Kartzman
                  kartztee@optonline.net
                  nj16@ecfcbis.com;jloewenstein@msklaw.net;sjayson@msklaw.net;skartzman@msklaw.net;donnaz@msklaw.net;pmasiello@msklaw.net

U.S. Trustee
                  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8