# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re: LANER, MARTIN L.  § Case No. 19-14107-VFP
§
§
Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEVEN P. KARTZMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $630,400.00          Assets Exempt: $31,300.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,009.86     Claims Discharged
                                               Without Payment: $80,208.62

Total Expenses of Administration: $9,450.14

3) Total gross receipts of $ 13,460.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $13,460.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $595,185.76 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,450.14 | 9,450.14 | 9,450.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 61,789.03 | 26,263.45 | 26,263.45 | 4,009.86 |
| **TOTAL DISBURSEMENTS** | $656,974.79 | $35,713.59 | $35,713.59 | $13,460.00 |

4) This case was originally filed under Chapter 7 on February 28, 2019. The case was pending for 34 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/09/2022          By: /s/STEVEN P. KARTZMAN
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Bayliner 249, reasonably well maintained. | 1129-000 | 7,360.00 |
| Panurgy NJ LLC, formed in about 1999. 5% | 1149-000 | 6,100.00 |
| **TOTAL GROSS RECEIPTS** | | **$13,460.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Select Portfolio Servicing | 4110-000 | 595,185.76 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$595,185.76** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - STEVEN P. KARTZMAN | 2100-000 | N/A | 2,096.00 | 2,096.00 | 2,096.00 |
| Attorney for Trustee Fees (Trustee Firm) - MELLINGER KARTZMAN, LLC | 3110-000 | N/A | 6,352.50 | 6,352.50 | 6,352.50 |
| Other - A. ATKINS APPRAISAL CORPORATION | 3711-000 | N/A | 687.50 | 687.50 | 687.50 |
| Other - Mechanics Bank | 2600-000 | N/A | 6.83 | 6.83 | 6.83 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Mechanics Bank | 2600-000 | N/A | 14.66 | 14.66 | 14.66 |
| Other - Mechanics Bank | 2600-000 | N/A | 15.53 | 15.53 | 15.53 |
| Other - Mechanics Bank | 2600-000 | N/A | 18.09 | 18.09 | 18.09 |
| Other - Mechanics Bank | 2600-000 | N/A | 19.04 | 19.04 | 19.04 |
| Other - Mechanics Bank | 2600-000 | N/A | 18.67 | 18.67 | 18.67 |
| Other - Mechanics Bank | 2600-000 | N/A | 22.52 | 22.52 | 22.52 |
| Other - Mechanics Bank | 2600-000 | N/A | 21.32 | 21.32 | 21.32 |
| Other - Mechanics Bank | 2600-000 | N/A | 20.58 | 20.58 | 20.58 |
| Other - Mechanics Bank | 2600-000 | N/A | 23.38 | 23.38 | 23.38 |
| Other - Mechanics Bank | 2600-000 | N/A | 20.57 | 20.57 | 20.57 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.71 | 5.71 | 5.71 |
| Other - Mechanics Bank | 2600-000 | N/A | 19.82 | 19.82 | 19.82 |
| Other - Mechanics Bank | 2600-000 | N/A | 23.32 | 23.32 | 23.32 |
| Other - Mechanics Bank | 2600-000 | N/A | 21.17 | 21.17 | 21.17 |
| Other - Mechanics Bank | 2600-000 | N/A | 19.72 | 19.72 | 19.72 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 23.21 | 23.21 | 23.21 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $9,450.14 | $9,450.14 | $9,450.14 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | U.S. Bank NA dba Elan Financial Services | 7100-000 | N/A | 22,428.96 | 22,428.96 | 3,424.42 |
| 2 | American Express National Bank | 7100-000 | 3,481.00 | 3,481.19 | 3,481.19 | 531.50 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | 353.00 | 353.30 | 353.30 | 53.94 |
| NOTFILED | Lafayette Village Associates, LLC | 7100-000 | 3,015.82 | N/A | N/A | 0.00 |
| NOTFILED | Visa Card member Services | 7100-000 | 8,148.93 | N/A | N/A | 0.00 |
| NOTFILED | Mercedes Benz Financial | 7100-000 | 1,157.00 | N/A | N/A | 0.00 |
| NOTFILED | GM Financial | 7100-000 | 11,684.05 | N/A | N/A | 0.00 |
| NOTFILED | Credit Control, LLC | 7100-000 | 368.23 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 33,581.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$61,789.03** | **$26,263.45** | **$26,263.45** | **$4,009.86** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 19-14107-VFP  
**Case Name:** LANER, MARTIN L.

**Period Ending:** 01/09/22

**Trustee:** (500160) STEVEN P. KARTZMAN  
**Filed (f) or Converted (c):** 02/28/19 (f)  
**§341(a) Meeting Date:** 04/08/19  
**Claims Bar Date:** 11/25/19

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  18 Quarterhorse Xing, Sparta, NJ 07871-0000 | 604,000.00 | 0.00 | OA | 0.00 | FA |
| 2  2002 Ford F150. Entire property value: $2,500.00<br>    Orig. Asset Memo: Imported from Amended Doc#: 27 | 2,500.00 | 0.00 | OA | 0.00 | FA |
| 3  2008 Kawasaki Vulcan, Not driveable.<br>    Orig. Asset Memo: Imported from Amended Doc#: 27 | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 4  2007 Bayliner 249, reasonably well maintained.<br>    Orig. Asset Memo: Imported from Amended Doc#: 27<br>    FUNDS RECEIVED ALSO INCLUDE ASSET #7 | 13,660.00 | 4,360.00 | | 7,360.00 | FA |
| 5  All furniture is 12+ years old, and pool table<br>    Orig. Asset Memo: Imported from Amended Doc#: 27 | 11,500.00 | 0.00 | OA | 0.00 | FA |
| 6  VOID<br>    Orig. Asset Memo: Imported from Amended Doc#: 10 Not Originally Scheduled | 0.00 | 0.00 | OA | 0.00 | FA |
| 7  4 pistols; 3 shotguns; 4 rifles<br>    Orig. Asset Memo: Imported from original petition Doc# 27<br>    FUNDS RECEIVED ARE SHOWN IN ASSET #4 | 2,000.00 | 3,000.00 | OA | 0.00 | FA |
| 8  Clothing<br>    Orig. Asset Memo: Imported from Amended Doc#: 27 | 500.00 | 0.00 | OA | 0.00 | FA |
| 9  Engagement Ring - 2 carats, emerald and diamond bracelet.  Orig. Asset Memo: Imported from Amended Doc#: 27 | 6,000.00 | 0.00 | OA | 0.00 | FA |
| 10  Cash<br>    Orig. Asset Memo: Imported from Amended Doc#: 27 | 50.00 | 0.00 | OA | 0.00 | FA |
| 11  Checking: Lakeland Bank<br>    Orig. Asset Memo: Imported from Amended Doc#: 27 | 250.00 | 0.00 | OA | 0.00 | FA |
| 12  Panurgy NJ LLC, formed in about 1999. 5% | 0.00 | 6,100.00 | | 6,100.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 19-14107-VFP  
**Case Name:** LANER, MARTIN L.  
**Period Ending:** 01/09/22

**Trustee:** (500160) STEVEN P. KARTZMAN  
**Filed (f) or Converted (c):** 02/28/19 (f)  
**§341(a) Meeting Date:** 04/08/19  
**Claims Bar Date:** 11/25/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from Amended Doc#: 27 | | | | | |
| 13 | 401(k): Arconic<br>Orig. Asset Memo: Imported from Amended Doc#: 27 Not Originally Scheduled | 100.00 | 0.00 | OA | 0.00 | FA |
| 14 | Vacation Club Points - Melia, Inc. - Punta Cana,<br>Orig. Asset Memo: Imported from Amended Doc#: 27 | 0.00 | 0.00 | OA | 0.00 | FA |
| 15 | Int. in Ins. policies: Term policy thru spouse<br>Orig. Asset Memo: Imported from Amended Doc#: 27 | 0.00 | 0.00 | OA | 0.00 | FA |
| 16 | INVENTORY OF CAREY LANE ACCENTS, LLC  (u) | 2,500.00 | 0.00 | | 0.00 | FA |
| 17 | 100% INTEREST IN CAREY LANE ACCENTS, LLC (u) | 0.00 | 0.00 | | 0.00 | FA |
| 17 | **Assets    Totals** (Excluding unknown values) | **$644,060.00** | **$13,460.00** | | **$13,460.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

ASSET #4 AND 7 - DEBTOR TO PAY $7,360 AT $817.77 PER MONTH FOR 9 MONTHS FROM JANUARY, 2020 THROUGH SEPTEMBER, 2020.  
ASSET #5 - DKT 1 DESCRIBED AS FURNITURE, POOL TABLE, MISC. $15,000  
ASSET #12 - SEE NPS DKT 39 FOR SETTLEMENT WITH DEBTOR.  
ASSET #16 - APPRAISER DETERMINED VALUE, BUT COSTS OF SALE NEGATED ABILITY TO LIQUIDATE.

**Initial Projected Date Of Final Report (TFR):**    March 31, 2021    **Current Projected Date Of Final Report (TFR):**    July 28, 2021  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 19-14107-VFP  
**Case Name:** LANER, MARTIN L.  
**Taxpayer ID #:** **-***6973  
**Period Ending:** 01/09/22  

**Trustee:** STEVEN P. KARTZMAN (500160)  
**Bank Name:** Mechanics Bank  
**Account:** ******1366 - Checking Account  
**Blanket Bond:** $48,786,725.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/20 | | LANER, DEBTOR | | | 6,917.77 | | 6,917.77 |
| | {12} | | FOR PANURGY LLC    6,100.00 | 1149-000 | | | 6,917.77 |
| | {4} | | FOR JANUARY 2020    817.77 PAYMENT C.O. DOCKET 45 | 1129-000 | | | 6,917.77 |
| 02/09/20 | {4} | LANER | 2ND PAYMENT | 1129-000 | 817.77 | | 7,735.54 |
| 03/05/20 | {4} | LANER | 3RD PAYMENT OF 9 | 1129-000 | 817.77 | | 8,553.31 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 6.83 | 8,546.48 |
| 04/03/20 | {4} | LANER | 4th PAYMENT OF 9 | 1129-000 | 817.77 | | 9,364.25 |
| 04/29/20 | {4} | LANER | 5th PAYMENT OF 9 | 1129-000 | 817.77 | | 10,182.02 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 14.66 | 10,167.36 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 15.53 | 10,151.83 |
| 06/11/20 | {4} | LANER | 6TH PAYMENT OF 9 | 1129-000 | 817.77 | | 10,969.60 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 18.09 | 10,951.51 |
| 07/08/20 | {4} | LANER | 7TH PAYMENT OF 9 | 1129-000 | 817.77 | | 11,769.28 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 19.04 | 11,750.24 |
| 08/11/20 | {4} | LANER | 8TH PAYMENT OF 9 | 1129-000 | 817.77 | | 12,568.01 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 18.67 | 12,549.34 |
| 09/03/20 | {4} | LANER | FINAL SETTLEMENT PAYMENT | 1129-000 | 817.84 | | 13,367.18 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 22.52 | 13,344.66 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 21.32 | 13,323.34 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 20.58 | 13,302.76 |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 23.38 | 13,279.38 |
| 01/29/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 20.57 | 13,258.81 |
| 02/02/21 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/02/2021 FOR CASE #19-14107, BOND #016026384 FOR PERIOD 01/01/21 TO 01/01/22 Voided on 02/02/21 | 2300-004 | | 5.71 | 13,253.10 |
| 02/02/21 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/02/2021 FOR CASE #19-14107, BOND #016026384 FOR PERIOD 01/01/21 TO 01/01/22 Voided: check issued on 02/02/21 | 2300-004 | | -5.71 | 13,258.81 |
| 02/02/21 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/02/2021 FOR CASE #19-14107, BOND #016026384 FOR PERIOD 01/01/21 TO 01/01/22 | 2300-000 | | 5.71 | 13,253.10 |

Subtotals :    $13,460.00    $206.90

{} Asset reference(s)

Printed: 01/09/2022 05:54 PM    V.20.36

Exhibit 9

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 19-14107-VFP | | Trustee: | STEVEN P. KARTZMAN (500160) |
|---|---|---|---|---|
| Case Name: | LANER, MARTIN L. | | Bank Name: | Mechanics Bank |
| | | | Account: | ******1366 - Checking Account |
| Taxpayer ID #: | **-***6973 | | Blanket Bond: | $48,786,725.00  (per case limit) |
| Period Ending: | 01/09/22 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/26/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 19.82 | 13,233.28 |
| 03/31/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 23.32 | 13,209.96 |
| 04/30/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 21.17 | 13,188.79 |
| 05/28/21 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 19.72 | 13,169.07 |
| 06/08/21 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 13,169.07 | 0.00 |
| | | | ACCOUNT TOTALS | | 13,460.00 | 13,460.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 13,169.07 | |
| | | | Subtotal | | 13,460.00 | 290.93 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $13,460.00 | $290.93 | |

{} Asset reference(s)    Printed: 01/09/2022 05:54 PM    V.20.36

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 19-14107-VFP  
**Case Name:** LANER, MARTIN L.  
**Taxpayer ID #:** **-***6973  
**Period Ending:** 01/09/22  

**Trustee:** STEVEN P. KARTZMAN (500160)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******3281 - Checking Account  
**Blanket Bond:** $48,786,725.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/08/21 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 13,169.07 | | 13,169.07 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 23.21 | 13,145.86 |
| 10/08/21 | 10103 | MELLINGER KARTZMAN, LLC | Dividend paid 100.00% on $6,352.50, Attorney for Trustee Fees (Trustee Firm); Reference: PER ORDER DATED 07/27/21 | 3110-000 | | 6,352.50 | 6,793.36 |
| 10/08/21 | 10104 | A. ATKINS APPRAISAL CORPORATION | Dividend paid 100.00% on $687.50, Appraiser for Trustee Fees; Reference: PER ORDER DATED 07/22/21 | 3711-000 | | 687.50 | 6,105.86 |
| 10/08/21 | 10105 | STEVEN P. KARTZMAN | Dividend paid 100.00% on $2,096.00, Trustee Compensation; Reference: PER ORDER DATD 10/05/21 | 2100-000 | | 2,096.00 | 4,009.86 |
| 10/08/21 | 10106 | U.S. Bank NA dba Elan Financial Services | Dividend paid 15.26% on $22,428.96; Claim# 1; Filed: $22,428.96; Reference: | 7100-000 | | 3,424.42 | 585.44 |
| 10/08/21 | 10107 | American Express National Bank | Dividend paid 15.26% on $3,481.19; Claim# 2; Filed: $3,481.19; Reference: | 7100-000 | | 531.50 | 53.94 |
| 10/08/21 | 10108 | Portfolio Recovery Associates, LLC | Dividend paid 15.26% on $353.30; Claim# 3; Filed: $353.30; Reference: | 7100-000 | | 53.94 | 0.00 |
| | | | ACCOUNT TOTALS | | 13,169.07 | 13,169.07 | $0.00 |
| | | | Less: Bank Transfers | | 13,169.07 | 0.00 | |
| | | | Subtotal | | 0.00 | 13,169.07 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $13,169.07 | |

Net Receipts :        13,460.00  
Net Estate :         $13,460.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******1366 | 13,460.00 | 290.93 | 0.00 |
| Checking # ******3281 | 0.00 | 13,169.07 | 0.00 |
| | $13,460.00 | $13,460.00 | $0.00 |